# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: BINDER, ROBERT VICTOR

Case No. 12-14746-JSB

Chapter 7

_____,

Debtor

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $1,514,900.00
*(without deducting any secured claims)*

Assets Exempt:  $204,638.00

Total Distribution to Claimants:$5,521.51

Claims Discharged
Without Payment: $148,618.81

Total Expenses of Administration:$4,478.49

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,309,762.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,478.49 | 4,478.49 | 4,478.49 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 150,161.29 | 84,229.16 | 84,229.16 | 5,521.51 |
| **TOTAL DISBURSEMENTS** | $1,459,923.29 | $88,707.65 | $88,707.65 | $10,000.00 |

4) This case was originally filed under Chapter 7 on April 11, 2012. The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/31/2015          By: /s/DEBORAH K. EBNER, Trustee
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Litigation Settlement Per Order | 1249-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Harris Bank | 4110-000 | 457,060.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Home Mortgage | 4110-000 | 355,202.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank | 4110-000 | 497,500.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,309,762.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER, Trustee | 2100-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| DEBORAH K. EBNER, Trustee | 2200-000 | N/A | 62.35 | 62.35 | 62.35 |
| Springer, Brown, Covey, Gaertner & Davis LLC | 3210-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |

**UST Form 101-7-TDR (10/1/2010)**

| International Sureties | 2300-000 | N/A | 7.57 | 7.57 | 7.57 |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.41 | 10.41 | 10.41 |
| Rabobank, N.A. | 2600-000 | N/A | 10.67 | 10.67 | 10.67 |
| Rabobank, N.A. | 2600-000 | N/A | 11.11 | 11.11 | 11.11 |
| Rabobank, N.A. | 2600-000 | N/A | 13.56 | 13.56 | 13.56 |
| Rabobank, N.A. | 2600-000 | N/A | 12.82 | 12.82 | 12.82 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,478.49 | $4,478.49 | $4,478.49 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Advanta Bank Corporation | 7100-000 | 19,211.37 | 18,929.12 | 18,929.12 | 1,240.87 |
| 2 -2 | Capital One Bank (USA), N.A. | 7100-000 | 1,500.00 | 5,555.99 | 5,555.99 | 364.21 |
| 3 | BMO HARRIS BANK N.A. | 7100-000 | 4,500.00 | 2,489.71 | 2,489.71 | 163.21 |
| 4 | American Express Bank, FSB | 7100-000 | 36,080.76 | 36,080.76 | 36,080.76 | 2,365.22 |
| 5 | FIA CARD SERVICES, N.A. | 7100-000 | 18,958.00 | 21,173.58 | 21,173.58 | 1,388.00 |
| NOTFILED | PNC BANK CREDIT CARD | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | PNC BANK CREDIT CARD | 7100-000 | 18,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 7100-000 | 19,372.00 | N/A | N/A | 0.00 |
| NOTFILED | CT Corporation System | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BBCN Bank | 7100-000 | 16,000.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express Bank, FSB | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank  (USA) NA | 7100-000 | 6,288.16 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 9,893.00 | N/A | N/A | 0.00 |
| NOTFILED | CT Corporation System | 7100-000 | 358.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $150,161.29 | $84,229.16 | $84,229.16 | $5,521.51 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 12-14746-JSB | **Trustee:** (330480) DEBORAH K. EBNER, Trustee |
| **Case Name:** BINDER, ROBERT VICTOR | **Filed (f) or Converted (c):** 04/11/12 (f) |
| | **§341(a) Meeting Date:** 06/13/12 |
| **Period Ending:** 01/31/15 | **Claims Bar Date:** 02/28/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 783 Vernon Ave. Glencoe, IL | 1,500,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash Location: In debtor's possession | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account Harris Bank #5900889660 Locatio | 750.00 | 350.00 | | 0.00 | FA |
| 4 | Household goods and furniture Location: In debto | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Professional books Location: In debtor's possess | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Men's miscellaneous clothing Location: In debtor | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Exercise equipment Location: In debtor's possess | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Guitar Location: In debtor's possession | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Axa Life Insurance Policy 160206121 Incentive Li | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Axa Life Insurance Policy 108027865 15 year term | 0.00 | 0.00 | | 0.00 | FA |
| 11 | New York Life Insurance Policy #000152803-010100 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | IRA Location: In debtor's possession | 7,000.00 | 0.00 | | 0.00 | FA |
| 13 | Codemic, LLC Location: In debtor's possession | 0.00 | 0.00 | | 0.00 | FA |
| 14 | mVerify Corporation, out of business since 2010 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | RBSC Corp Company for debtor's consulting servic | 0.00 | 0.00 | | 0.00 | FA |
| 16 | System Verification Associates, LLC involuntaril | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Various copyrighted technical and scholarly publ | 0.00 | 0.00 | | 0.00 | FA |
| 18 | U. S. Patent No. 7339891 Location: In debtor's p | 100.00 | 0.00 | | 0.00 | FA |
| 19 | 1985 Fiat Project donor car, not roadworthy Loca | 4,000.00 | 0.00 | | 0.00 | FA |
| 20 | Litigation Settlement Per Order (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| **20** | **Assets** Totals (Excluding unknown values) | **$1,514,900.00** | **$10,350.00** | | **$10,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee is collecting settlement payments directed by Court Order after which case will close.

Printed: 01/31/2015 09:57 PM    V.13.20

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 12-14746-JSB | **Trustee:** (330480) DEBORAH K. EBNER, Trustee | |
| **Case Name:** BINDER, ROBERT VICTOR | **Filed (f) or Converted (c):** 04/11/12 (f) | |
| | **§341(a) Meeting Date:** 06/13/12 | |
| **Period Ending:** 01/31/15 | **Claims Bar Date:** 02/28/13 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):**    December 31, 2018          **Current Projected Date Of Final Report (TFR):**    October 2, 2014  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | | |
|---|---|---|
| Case Number: | 12-14746-JSB | |
| Case Name: | BINDER, ROBERT VICTOR | |
| Taxpayer ID #: | **-***6602 | |
| Period Ending: | 01/31/15 | |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER, Trustee (330480) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******9366 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/04/13 | {20} | Robert Binder | Payment per Order - docket 69 | 1249-000 | 625.00 | | 625.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 615.00 |
| 07/15/13 | {20} | Robert Binder | Payment per Order - docket 69 | 1249-000 | 625.00 | | 1,240.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,230.00 |
| 08/06/13 | {20} | Robert Binder | Payment per Order - docket 69 | 1249-000 | 625.00 | | 1,855.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,845.00 |
| 09/09/13 | {20} | Robert Binder | Payment per Order - docket 69 | 1249-000 | 625.00 | | 2,470.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,460.00 |
| 10/07/13 | {20} | Robert Binder | Payment per Order - docket 69 | 1249-000 | 625.00 | | 3,085.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,075.00 |
| 11/05/13 | {20} | Robert Binder | Payment per Order - docket 69 | 1249-000 | 500.00 | | 3,575.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,565.00 |
| 12/09/13 | {20} | Robert Binder | Payment per Order - docket 69 | 1249-000 | 625.00 | | 4,190.00 |
| 12/09/13 | {20} | Robert Binder | Payment per Order - docket 69   - posting error<br>by DKE on 11/5/13 | 1249-000 | 125.00 | | 4,315.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,305.00 |
| 01/07/14 | {20} | Robert Binder | Payment per Order - docket 69 | 1249-000 | 625.00 | | 4,930.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,920.00 |
| 02/03/14 | {20} | Robert Binder | Payment per Order - docket 69 | 1249-000 | 625.00 | | 5,545.00 |
| 02/03/14 | 101 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 02/03/2014 FOR CASE<br>#12-14746, Bond #016026455 | 2300-000 | | 7.57 | 5,537.43 |
| 02/27/14 | {20} | Robert Binder | Payment per Order - docket 69 | 1249-000 | 625.00 | | 6,162.43 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,152.43 |
| 03/27/14 | {20} | Robert Binder | Payment per Order - docket 69 | 1249-000 | 625.00 | | 6,777.43 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,767.43 |
| 04/28/14 | {20} | Robert Binder | Payment per Order - docket 69 | 1249-000 | 625.00 | | 7,392.43 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.41 | 7,382.02 |
| 05/27/14 | {20} | Robert Binder | Payment per Order - docket 69 | 1249-000 | 625.00 | | 8,007.02 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.67 | 7,996.35 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.11 | 7,985.24 |
| 07/01/14 | {20} | Robert Binder | Payment per Order - docket 69 | 1249-000 | 625.00 | | 8,610.24 |
| 07/28/14 | {20} | Robert Binder | Payment per Order - docket 69 | 1249-000 | 625.00 | | 9,235.24 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.56 | 9,221.68 |
| 08/27/14 | {20} | Robert Binder | Payment per Order - docket 69 | 1249-000 | 625.00 | | 9,846.68 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.82 | 9,833.86 |
| 11/18/14 | 102 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $1,750.00, Trustee | 2100-000 | | 1,750.00 | 8,083.86 |

Subtotals :          $10,000.00          $1,916.14

{} Asset reference(s)

Printed: 01/31/2015 09:57 PM    V.13.20

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 12-14746-JSB | | Trustee: | DEBORAH K. EBNER, Trustee (330480) |
|---|---|---|---|---|
| Case Name: | BINDER, ROBERT VICTOR | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9366 - Checking Account |
| Taxpayer ID #: | **-***6602 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/31/15 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Compensation;  Reference: | | | | |
| 11/18/14 | 103 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $62.35, Trustee Expenses;  Reference: | 2200-000 | | 62.35 | 8,021.51 |
| 11/18/14 | 104 | Springer, Brown, Covey, Gaertner & Davis LLC | Dividend paid 100.00% on $2,500.00, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 2,500.00 | 5,521.51 |
| 11/18/14 | 105 | Advanta Bank Corporation | Dividend paid 6.55% on $18,929.12; Claim# 1; Filed: $18,929.12; Reference: | 7100-000 | | 1,240.87 | 4,280.64 |
| 11/18/14 | 106 | Capital One Bank (USA), N.A. | Dividend paid 6.55% on $5,555.99; Claim# 2 -2; Filed: $5,555.99; Reference: | 7100-000 | | 364.21 | 3,916.43 |
| 11/18/14 | 107 | BMO HARRIS BANK N.A. | Dividend paid 6.55% on $2,489.71; Claim# 3; Filed: $2,489.71; Reference: | 7100-000 | | 163.21 | 3,753.22 |
| 11/18/14 | 108 | American Express Bank, FSB | Dividend paid 6.55% on $36,080.76; Claim# 4; Filed: $36,080.76; Reference: | 7100-000 | | 2,365.22 | 1,388.00 |
| 11/18/14 | 109 | FIA CARD SERVICES, N.A. | Dividend paid 6.55% on $21,173.58; Claim# 5; Filed: $21,173.58; Reference: | 7100-000 | | 1,388.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| ACCOUNT TOTALS | | 10,000.00 | 10,000.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 10,000.00 | 10,000.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $10,000.00 | $10,000.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******9366 | 10,000.00 | 10,000.00 | 0.00 |
| | $10,000.00 | $10,000.00 | $0.00 |